UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22 CR 557 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| SHAWNTEZ DEMONT BLOCK, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jennifer D. Armstrong, regarding the change of plea hearing of Shawntez Demont Block, which was referred to the Magistrate Judge with the consent of the parties.

On September 28, 2022 the government filed a 2 count Indictment, charging Defendant Block with Felon in Possession of a Firearm and Ammunition, in violation of Title 18 § 922(g)(1) and 924(a)(8), and Possession of a Firearm by a Person with a Domestic Violence Conviction, in violation of Title 18 § 922(g)(9) and 924(a)(8). On September 30, 2022 Magistrate Judge Armstrong held an arraignment, during which Mr. Block entered a plea of not guilty to the charges. On November 21, 2022 Magistrate Judge Armstrong received Defendant's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Block is found to be competent to enter a plea and to understand his constitutional rights. He is aware of

the charges and of the consequences of entering a plea.  There is an adequate factual basis for the

plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea

agreement is approved.

Therefore, Defendant Shawntez Demont Block is adjudged guilty to count 1 of the

Indictment, in violation of Title 922(g)(1) and 924(a)(8).  This matter was referred to the U.S.

Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will

be held on April 14, 2023 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House,

801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 11, 2023